UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:05CR216-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER AND** |
| v. | ) | **JUDGMENT OF FORFEITURE** |
| | ) | |
| ROBERT LAMONT MADDOX.. | ) | |

On April 16, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's conviction on Counts One, Two and Three in the Bill of Indictment. On February 13, February 20 and February 27, 2008, the United States published in the Statesville Record and Landmark, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the affidavit submitted with the Motion for Preliminary Order of Forfeiture and defendant's admissions by his pleas of guilty to the charges in Counts One, Two and Three, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 21 U.S.C. §853(p). The Preliminary Order of Forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law:

    **(1)**     **One (1) Smith & Wesson 9mm Pistol, Model 6906, Serial # TEC-6439; and**

    **(2)**     **ammunition consisting of 9mm bullets.**

**SO ORDERED.**

Signed: July 29, 2008

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge