# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ROBERT LAMONT MADDOX ) | Case No: 5:05CR216 |
| ) | USM No: 21538-058 |
| Date of Previous Judgment: April 16, 2007 ) | Victoria Jayne |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❏ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __60__ months **is reduced to** __51 months (Counts One and Three only)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __25__  Amended Offense Level: __23__
Criminal History Category: __VI__  Criminal History Category: __VI__
Previous Guideline Range: __110__ to __137__ months  Amended Guideline Range: __92__ to __115__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is serving a consecutive sentence in Count Two for a conviction under 18 U.S.C. § 924(c), which is not affected by the instant order.

Except as provided above, all provisions of the judgment dated __April 16, 2007,__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __April 16, 2010__

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge